No. A–764. MCCARTHY ET AL. *v.* PRACTICAL CONSTRUCTORS, LTD. Ct. App. N. Y. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–779. FLUENT ET AL. *v.* SALAMANCA INDIAN LEASE AUTHORITY ET AL. Application to recall and stay the mandate of the United States Court of Appeals for the Second Circuit, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–780 (90–7664). D'AGNILLO *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 2d Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–966. IN RE DISBARMENT OF THOMPSON. Disbarment entered. [For earlier order herein, see 498 U. S. 1064.]

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $7,732.95 for the period January 1 through March 31, 1991, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 498 U. S. 1078.]